IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | CASE NO. CR11-3017 |
| vs. | * | **DEFENDANT OLSON'S AMENDED SENTENCING** |
| JAMES OLSON, | * | **MEMORANDUM** |
| Defendant. | * | |

COMES NOW, the above named Defendant James Olson, by and through the undersigned counsel, and provides notice to the Court that the Defendant is no longer contesting the scoring of Defendant's drug Base Offense Level under §2D1.1(c)(3) of the United States Sentencing Guidelines. Defendant agrees that the Presentence Investigation Report has appropriately scored the drug Base Offense Level.

The Court will still need to resolve the §4A1.1(b) scoring issue. This relates to the Criminal History points that the Defendant has been scored under paragraph 40 of the Presentence Investigation Report. If the Defendant is not successful in his argument regarding scoring of the Criminal History, then the Total Offense Level would be 31, with a Criminal History Category II. In that event the Court will need to still consider whether a variance from the calculated Sentencing Guideline range is appropriate under the facts and circumstances of this case.

WHEREFORE, the undersigned provides the Court with this supplemental statement of issues.

G:\CLIENT FOLDERS\OPEN CLIENT FOLDERS\OLSON, JAMES-13155(CR11-3017-LRR)\Pleadings\Defendant Olson's Amended Sentencing Memorandum.wpd

Case 3:11-cr-03017-LRR   Document 120   Filed 04/25/12   Page 1 of 2

CERTIFICATE OF SERVICE

I hereby certify that on **April 25, 2012**, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notification of such filing to the following:

*Shawn S. Wehde*
*Assistant U.S. Attorney*

By: _____/s/ Gwen Lewis_____

_/s/ Stephen A. Swift_
Stephen A. Swift   AT0007751
KLINGER, ROBINSON & FORD, L.L.P.
401 Old Marion Road NE
P. O. Box 10020
Cedar Rapids, IA 52410-0020
(319) 395-7400
(319) 395-9041 (Facsimile)
sswift@krflawfirm.com

ATTORNEY FOR DEFENDANT
JAMES OLSON

G:\CLIENT FOLDERS\OPEN CLIENT FOLDERS\OLSON, JAMES-13155(CR11-3017-LRR)\Pleadings\Defendant Olson's Amended Sentencing Memorandum.wpd

Case 3:11-cr-03017-LRR   Document 120   Filed 04/25/12   Page 2 of 2